# EXHIBIT A

⚖ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
JACKSON COUNTY, GEORGIA

**23CV0020**
**M - CURRIE MINGLEDORFF**
**JAN 06, 2023 04:11 PM**

*Camie W. Thomas*
Camie W. Thomas, Clerk
Jackson County, Georgia

## IN THE SUPERIOR COURT OF JACKSON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| GTE USA, INC and, | § | |
| GS-TECH AMERICA, LLC | § | |
| Plaintiffs, | § | **CIVIL ACTION** |
| | § | **FILE NO.** |
| vs. | § | |
| | § | |
| ADM and SFA Engineering Corp., | § | |
| | § | |
| Defendants. | § | |
| | § | |

### COMPLAINT FOR DAMAGES

COMES NOW GTE USA, INC and GS-AMERICA, LLC, Plaintiffs in the above-styled

action, by and through their undersigned counsel, and files this Complaint against Defendants

ADM and SFA Engineering Corp., and, in support thereof, shows this Honorable Court the

following:

1.

GTE USA, INC is a company organized and existing pursuant to the laws of the State of

Georgia, is in good standing and is authorized to file this Complaint.

2.

GS-TECH AMERICA, LLC is a limited liability company organized and existing

pursuant to the laws of the State of Georgia, is in good standing and is authorized to file this

Complaint.

3.

Defendants ADM and SFA Engineering Corp. are general contractors of the SK Battery

America, Inc. located at 1760 Steve Reynolds Industrial Pkwy., Commerce, Georgia 30529, Jackson County, and Defendants' principal place of business is at 1760 Steve Reynolds Industrial Pkwy., Commerce, Georgia 30529, Jackson County. Therefore, Defendants are subject to the jurisdiction and venue of this Court under O.C.G.A. § 14-2-510(b)(2).

4.

Defendants may be served with process of this Summons and Complaint at 1760 Steve Reynolds Industrial Pkwy., Commerce, Georgia 30529, Jackson County.

5.

According to Defendants' request and contract, Plaintiffs are sub-contractors that supplied necessary manpower for the construction of the SK Battery America factory.

6.

Defendants did not make or file any claims concerning the quality of the services that were supplied by Plaintiffs or wage any other valid dispute as to the services in question.

7.

Defendants breached the contract between the parties unilaterally and without cause by failing to pay for the services supplied to them by Plaintiffs.

8.

Defendants are indebted to Plaintiffs in the amount of Six Hundred Thirty-Seven Thousand Eight Hundred and Seventeen Dollars ($637,817.00), as evidenced by the statements and invoices attached herein as 'Exhibit A.'

9.

Plaintiffs have made numerous demands upon Defendants for payment of the amount

owed to Plaintiffs are prayed for in this Complaint, but to date, said demands have either been ignored or gone unanswered. All of these demands were made prior to the initiation of this action. Plaintiffs, therefore, hereby make a demand for attorney's fees and costs of litigation in that Defendants have been stubbornly litigious as defined in O.C.G.A. §16-6-11.

10.

Plaintiffs thereby demand payment and give notice to Defendants pursuant to O.C.G.A. § 13-1-11(a) of its intention to seek such additional charges if the entire balance of the principal and interest is not paid within ten (10) days of the service of this Complaint to Defendants.

WHEREFORE, Plaintiffs pray for the following relief:

a) That process issue against Defendants according to law;

b) That Plaintiffs recover from Defendants, jointly and severally, the principal sum of $637,817.00;

c) That Plaintiffs recover from Defendants, jointly and severally, prejudgment interest at the rate of eighteen percent (18%) per annum;

d) That Plaintiffs recover from Defendants, joint and severally, attorney's fees and court costs incurred in prosecuting this action; and

e) That Plaintiffs have such other and further relief as this Court deems just and proper.

Respectfully submitted this ___6th___ day of January, 2023.

Law Office of Marcus N. Kim, LLC

Philla Kim, ESQ.
State Bar # 174413
Counsel for Plaintiffs
2550 Pleasant Hill Road, Suite 420,
Duluth, Georgia 30096
Phone: (770) 676 – 0434
Fax:     (678) 615 – 7984
njkimlaw@gmail.com

## GTE 미수금 List

| 업 체 명 | 인보이스 발행일 | 인보이스 NO | 발행금액 | 수금액 | 미수금 |
|---|---|---|---|---|---|
| Hanwha | 3/26/22 | GSI22-0326-02 | US$90,770.00 | US$0.00 | US$90,770.00 |
| Hanwha | 4/26/22 | GSI22-0426-02 | US$261,704.00 | US$250,000.00 | US$11,704.00 |
| Hanwha | 5/26/22 | GSI22-0526-02 | US$177,260.00 | US$0.00 | US$177,260.00 |
| GTE | 4/26/22 | GSI22-0426-04 | US$3,748.31 | US$3,748.31 | US$0.00 |
| SFA | 4/26/22 | GSI22-0426-03 | US$264,232.00 | US$200,000.00 | US$64,232.00 |
| SFA | 5/26/22 | GSI22-0526-03 | US$138,075.00 | US$0.00 | US$138,075.00 |
| SFA | 6/18/22 | GSI22-0618-01 | US$107,636.00 | US$0.00 | US$107,636.00 |
| PNE | 5/3/22 | GSI22-0503-01 | US$23,755.00 | US$23,755.00 | US$0.00 |
| PNE | 5/9/22 | GSI22-0509-01 | US$24,915.00 | US$24,915.00 | US$0.00 |
| PNE | 5/23/22 | GSI22-0523-01 | US$17,700.00 | US$0.00 | US$17,700.00 |
| PNE | 6/9/22 | GSI22-0609-01 | US$16,190.00 | US$0.00 | US$16,190.00 |
| PNE | 6/18/22 | GSI22-0618-02 | US$14,250.00 | US$0.00 | US$14,250.00 |
| Total : | | | US$1,140,235.31 | US$502,418.31 | US$637,817.00 |



# INVOICE
## GS - TECH AMERICA LLC,

2705 Daniel Park Run
DACULA, GA 30019
(706) 594-5847
gstech2015@gmail.com

| | |
|---|---|
| Invoice Date | 3/26/22 |
| Invoice Number | GSI22-0326-02 |
| Customer PO Number | |
| Payment Term | Net 15 |

| Bill To | Remit To |
|---|---|
| GTE USA LLC | GS - TECH AMERICA LLC, |
| Attn : Myoung-Hwan Shjim/CEO | Attn : Sungyoon Lee |
| 894 Old Hutchinson Mill Road | 2705 Daniel Park Run |
| LaGrange GA30240 | DACULA, GA 30019 |
| Phone : (334)362-0492 | Phone : (706)594-5847 |
| E-mail : myounghwanshim@gmail.com | |

| NO. | Description | Unit | Qty | Amount |
|---|---|---|---|---|
| 1 | Labor Cost for SKBA(Hanwha) | lot | 1 | |
| | | | | |
| | 1)Korea Labor cost | m/d | 109 | US$49,050.00 |
| | - 02/26~03/25 | | | |
| | 2)Local Labor cost | m/d | 94 | US$28,200.00 |
| | - 02/26~03/25 | | | |
| | 3)Rent for Korean Engineer | lot | 1 | US$1,850.00 |
| | - 02/26~03/25 | | | |
| | 4)Airplane ticket for Korean engineer | lot | 6 | US$11,670.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Signature : | TOTAL | US$90,770.00 |
|---|---|---|
| Director / Sungyoon Lee | Balance Due | US$90,770.00 |



# INVOICE
## GS - TECH AMERICA LLC,

2705 Daniel Park Run
DACULA, GA 30019
(706) 594-5847
gstech2015@gmail.com

| | |
|---|---|
| Invoice Date | 4/26/22 |
| Invoice Number | GSI22-0426-02 |
| Customer PO Number | |
| Payment Term | Net 15 |

| Bill To | Remit To |
|---|---|
| GTE USA LLC<br>Attn : Myoung-Hwan Shjim/CEO<br>894 Old Hutchinson Mill Road<br>LaGrange GA30240<br>Phone : (334)362-0492<br>E-mail : myounghwanshim@gmail.com | GS - TECH AMERICA LLC,<br>Attn : Sungyoon Lee<br>2705 Daniel Park Run<br>DACULA, GA 30019<br>Phone : (706)594-5847 |

| NO. | Description | Unit | Qty | Amount |
|---|---|---|---|---|
| 1 | Labor Cost for SKBA(Hanwha) | lot | 1 | |
| | | | | |
| | 1)Korea Labor cost | m/d | 392 | US$176,400.00 |
| | - 03/26~04/25 | | | |
| | 2)Local Labor cost | m/d | 191 | US$57,300.00 |
| | - 03/26~04/25 | | | |
| | 3)Rent for Korean Engineer | lot | 1 | US$1,850.00 |
| | - 03/26~04/25 | | | |
| | 4)Airplane ticket for Korean engineer | lot | 6 | US$11,670.00 |
| | - 04/01 | | | |
| | 5)Korean engineer food expenses | m/d | 368 | US$8,372.00 |
| | - 03/26~04/25 | | | |
| | 6)Korean engineer food expenses | m/d | 79 | US$2,212.00 |
| | - 03/03~03/25 | | | |
| | 7)Korean engineer vehicle rent | lot | 1 | US$3,900.00 |
| | - 03/14~3/25 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Signature : | TOTAL | US$261,704.00 |
|---|---|---|
| Director / Sungyoon Lee | Balance Due | US$261,704.00 |



# INVOICE
## GS - TECH AMERICA LLC,

2705 Daniel Park Run
DACULA, GA 30019
(706) 594-5847
gstech2015@gmail.com

| | |
|---|---|
| Invoice Date | 4/26/22 |
| Invoice Number | GSI22-0426-03 |
| Customer PO Number | |
| Payment Term | Net 15 |

| Bill To | Remit To |
|---|---|
| GTE USA. LLC<br>Attn : Myoung-Hwan Shjim/CEO<br>894 Old Hutchinson Mill Road<br>LaGrange GA30240<br>Phone : (334)362-0492<br>E-mail : myounghwanshim@gmail.com | GS - TECH AMERICA LLC,<br>Attn : Sungyoon Lee<br>2705 Daniel Park Run<br>DACULA, GA 30019<br>Phone : (706)594-5847 |

| NO. | Description | Unit | Qty | Amount |
|---|---|---|---|---|
| 1 | Labor Cost for SKBA(SFA) | lot | 1 | |
| | | | | |
| | 1)Korea Labor cost | m/d | 263 | US$134,100.00 |
| | - 03/26~04/25 | | | |
| | 2)Local Labor cost | m/d | 298 | US$78,900.00 |
| | - 03/26~04/25 | | | |
| | 3)Rent for Korean Engineer | lot | 1 | US$1,850.00 |
| | - 03/26~04/25 | | | |
| | 4)Airplane ticket for Korean engineer | lot | 4 | US$7,780.00 |
| | - 04/01 | | | |
| | 5)Korean engineer food expenses | m/d | 298 | US$6,776.00 |
| | - 03/26~04/25 | | | |
| | 6)Korean engineer overtime Labor cost | hours | 268 | US$18,760.00 |
| | - 03/26~04/25 | | | |
| | 7)Local overtime Labor cost | hours | 162 | US$5,670.00 |
| | - 03/26~04/25 | | | |
| | 8)Korean engineer food expenses | m/d | 232 | US$6,496.00 |
| | - 02/26~03/25 | | | |
| | 9)Korean engineer vehicle rent | lot | 2 | US$3,900.00 |
| | - 02/26~04/25 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Signature : | | TOTAL | US$264,232.00 |
|---|---|---|---|
| | Director / Sungyoon Lee | Balance Due | US$264,232.00 |



# INVOICE
## GS - TECH AMERICA LLC,

2705 Daniel Park Run
DACULA, GA 30019
(706) 594-5847
gstech2015@gmail.com

| | |
|---|---|
| Invoice Date | 5/23/22 |
| Invoice Number | GSI22-0523-01 |
| Customer PO Number | |
| Payment Term | Net 15 |

| Bill To | Remit To |
|---|---|
| GTE USA. LLC | GS - TECH AMERICA LLC, |
| Attn : Myoung-Hwan Shjim/CEO | Attn : Sungyoon Lee |
| 894 Old Hutchinson Mill Road | 2705 Daniel Park Run |
| LaGrange GA30240 | DACULA, GA 30019 |
| Phone : (334)362-0492 | Phone : (706)594-5847 |
| E-mail : myounghwanshim@gmail.com | |

| NO. | Description | Unit | Qty | Amount |
|---|---|---|---|---|
| 1 | Labor Cost for SKBA(PNE) | lot | 1 | |
| | | | | |
| | 1)Korea Labor cost | m/d | 21 | US$9,450.00 |
| | - 05/09~05/22 | | | |
| | 2)Local Labor cost | m/d | 27.5 | US$8,250.00 |
| | - 05/09~05/22 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Signature : | TOTAL | US$17,700.00 |
|---|---|---|
| Director / Sungyoon Lee | Balance Due | US$17,700.00 |



# INVOICE
## GS - TECH AMERICA LLC,

2705 Daniel Park Run
DACULA, GA 30019
(706) 594-5847
gstech2015@gmail.com

| | |
|---|---|
| Invoice Date | 5/26/22 |
| Invoice Number | GSI22-0526-03 |
| Customer PO Number | |
| Payment Term | Net 15 |

| Bill To | Remit To |
|---|---|
| GTE USA. LLC<br>Attn : Myoung-Hwan Shjim/CEO<br>894 Old Hutchinson Mill Road<br>LaGrange GA30240<br>Phone : (334)362-0492<br>E-mail : myounghwanshim@gmail.com | GS - TECH AMERICA LLC,<br>Attn : Sungyoon Lee<br>2705 Daniel Park Run<br>DACULA, GA 30019<br>Phone : (706)594-5847 |

| NO. | Description | Unit | Qty | Amount |
|---|---|---|---|---|
| 1 | Labor Cost for SKBA(SFA) | lot | 1 | |
| | | | | |
| | 1)Korea Labor cost | m/d | 140 | US$63,000.00 |
| | - 04/26~05/25 | | | |
| | 2)Local Labor cost | m/d | 223 | US$66,900.00 |
| | - 04/26~05/25 | | | |
| | 2)Local Over time Labor cost | m/h | 13 | US$455.00 |
| | - 04/26~05/25 | | | |
| | 3)Rent for Korean Engineer | lot | 1 | US$1,850.00 |
| | - 04/26~05/25 | | | |
| | 5)Korean engineer food expenses | m/d | 140 | US$3,920.00 |
| | - 04/26~05/25 | | | |
| | 9)Korean engineer vehicle rent | lot | 1 | US$1,950.00 |
| | - 04/26~05/25 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Signature : | TOTAL | US$138,075.00 |
|---|---|---|
| Director / Sungyoon Lee | Balance Due | US$138,075.00 |



# INVOICE
## GS - TECH AMERICA LLC,

2705 Daniel Park Run
DACULA, GA 30019
(706) 594-5847
gstech2015@gmail.com

| | |
|---|---|
| Invoice Date | 5/26/22 |
| Invoice Number | GSI22-0526-02 |
| Customer PO Number | |
| Payment Term | Net 15 |

| Bill To | Remit To |
|---|---|
| GTE USA LLC | GS - TECH AMERICA LLC, |
| Attn : Myoung-Hwan Shjim/CEO | Attn : Sungyoon Lee |
| 894 Old Hutchinson Mill Road | 2705 Daniel Park Run |
| LaGrange GA30240 | DACULA, GA 30019 |
| Phone : (334)362-0492 | Phone : (706)594-5847 |
| E-mail : myounghwanshim@gmail.com | |

| NO. | Description | Unit | Qty | Amount |
|---|---|---|---|---|
| 1 | Labor Cost for SKBA(Hanwha) | lot | 1 | |
| | | | | |
| | 1)Korea Labor cost | m/d | 247 | US$111,150.00 |
| | - 04/26~05/16 | | | |
| | 2)Local Labor cost | m/d | 183 | US$54,900.00 |
| | - 04/26~05/16 | | | |
| | 3)Rent for Korean Engineer | lot | 1 | US$1,850.00 |
| | - 04/26~05/16 | | | |
| | 5)Korean engineer food expenses | m/d | 195 | US$5,460.00 |
| | - 04/26~05/16 | | | |
| | 7)Korean engineer vehicle rent | lot | 2 | US$3,900.00 |
| | - 04/26~05/16 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Signature : | | |
|---|---|---|
| Director / Sungyoon Lee | TOTAL | US$177,260.00 |
| | Balance Due | US$177,260.00 |



# INVOICE
## GS - TECH AMERICA LLC,

2705 Daniel Park Run
DACULA, GA 30019
(706) 594-5847
gstech2015@gmail.com

| | |
|---|---|
| Invoice Date | 6/9/22 |
| Invoice Number | GSI22-0609-01 |
| Customer PO Number | |
| Payment Term | Net 15 |

| Bill To | Remit To |
|---|---|
| GTE USA. LLC<br>Attn : Myoung-Hwan Shjim/CEO<br>894 Old Hutchinson Mill Road<br>LaGrange GA30240<br>Phone : (334)362-0492<br>E-mail : myounghwanshim@gmail.com | GS - TECH AMERICA LLC,<br>Attn : Sungyoon Lee<br>2705 Daniel Park Run<br>DACULA, GA 30019<br>Phone : (706)594-5847 |

| NO. | Description | Unit | Qty | Amount |
|---|---|---|---|---|
| I | Labor Cost for SKBA(PNE) | lot | 1 | |
| | | | | |
| | 1)Korea Labor cost | m/d | 21 | US$9,450.00 |
| | - 05/23~06/05 | | | |
| | 2)Local Labor cost | m/d | 22 | US$6,600.00 |
| | - 05/23~06/05 | | | |
| | 3)Local Labor over time cost | hour | 4 | US$140.00 |
| | - 05/23~06/05 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Signature : | TOTAL | US$16,190.00 |
|---|---|---|
| Director / Sungyoon Lee | Balance Due | US$16,190.00 |



# INVOICE
## GS - TECH AMERICA LLC,

2705 Daniel Park Run
DACULA, GA 30019
(706) 594-5847
gstech2015@gmail.com

| | |
|---|---|
| Invoice Date | 6/18/22 |
| Invoice Number | GSI22-0618-01 |
| Customer PO Number | |
| Payment Term | Net 15 |

| Bill To | Remit To |
|---|---|
| GTE USA. LLC<br>Attn : Myoung-Hwan Shjim/CEO<br>894 Old Hutchinson Mill Road<br>LaGrange GA30240<br>Phone : (334)362-0492<br>E-mail : myounghwanshim@gmail.com | GS - TECH AMERICA LLC,<br>Attn : Sungyoon Lee<br>2705 Daniel Park Run<br>DACULA, GA 30019<br>Phone : (706)594-5847 |

| NO. | Description | Unit | Qty | Amount |
|---|---|---|---|---|
| 1 | Labor Cost for SKBA(SFA) | lot | 1 | |
| | | | | |
| | 1)Korea Labor cost | m/d | 162 | US$72,900.00 |
| | - 05/26~06/15 | | | |
| | 2)Local Labor cost | m/d | 88 | US$26,400.00 |
| | - 05/26~06/15 | | | |
| | 3)Rent for Korean Engineer | lot | 1 | US$1,850.00 |
| | - 05/26~06/15 | | | |
| | 4)Korean engineer food expenses | m/d | 162 | US$4,536.00 |
| | - 05/26~06/15 | | | |
| | 5)Korean engineer vehicle rent | lot | 1 | US$1,950.00 |
| | - 05/26~06/15 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Signature :<br>Director / Sungyoon Lee | TOTAL | US$107,636.00 |
|---|---|---|
| | Balance Due | US$107,636.00 |



# INVOICE
## GS - TECH AMERICA LLC,

2705 Daniel Park Run
DACULA, GA 30019
(706) 594-5847
gstech2015@gmail.com

| | |
|---|---|
| Invoice Date | 6/18/22 |
| Invoice Number | GSI22-0618-02 |
| Customer PO Number | |
| Payment Term | Net 15 |

| Bill To | Remit To |
|---|---|
| GTE USA. LLC<br>Attn : Myoung-Hwan Shjim/CEO<br>894 Old Hutchinson Mill Road<br>LaGrange GA30240<br>Phone : (334)362-0492<br>E-mail : myounghwanshim@gmail.com | GS - TECH AMERICA LLC,<br>Attn : Sungyoon Lee<br>2705 Daniel Park Run<br>DACULA, GA 30019<br>Phone : (706)594-5847 |

| NO. | Description | Unit | Qty | Amount |
|---|---|---|---|---|
| 1 | Labor Cost for SKBA(PNE) | lot | 1 | |
| | | | | |
| | 1)Korea Labor cost | m/d | 19 | US$8,550.00 |
| | - 06/06~06/17 | | | |
| | 2)Local Labor cost | m/d | 19 | US$5,700.00 |
| | - 06/06~06/17 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Signature : | TOTAL | US$14,250.00 |
|---|---|---|
| Director / Sungyoon Lee | Balance Due | US$14,250.00 |



# G.T.E USA INC

**정산자료**

Tel : 706-350-4315  Fax : 706-350-4334
myounghwanshim@gmail.com , gteusainc@gmail.com
894 Old Hutchinsion Mill Road, Lagrange GA 30240
1138 Satellite Blvd. Ste 100B, Suwanee, GA 30024

Presented to : ADM
Attn : Swung Hyun, Kim / Manager

PROPOSAL No : QADF010802H01
DATE : August 2, 2022

## *Quotation Subject : ADM - SKBA 2nd Equipment Installation_22 년7 월30 일까지 정산내역서*

| Description | Size | Q'TY | Unit | U/Price US$ | | Amount US$ | Remark |
|---|---|---|---|---|---|---|---|
| 정산 내역 - 11/08/2021 ~ 07/30/2022 기준 | | | | | $ | 2,549,968.58 | |
| 1. 인건비 - 22년7월30일 기준 정산 | | 1 | Lot | $ 1,875,371.00 | $ | 1,875,371.00 | |
| 2. 장비임대비용 - 22년7월30일 기준 정산 | | 1 | Lot | $ 236,745.61 | $ | 236,745.61 | |
| 3. 부대비용 - 22년7월30일 기준 정산 | | 1 | Lot | $ 389,156.33 | $ | 389,156.33 | |
| 4. 조립동 릴 트레이 해포 및 반입 - 총 58 BOX | 2주 - 인건비, 장비비 포함 | 1 | Lot | $ 48,695.64 | $ | 48,695.64 | |

추가금액 내역 - 계약당시 사양서에 비해 일량이 많이 늘어남.
1. 물량 추가(계약시 컨테이너 200대 기준이나 입고된양은 총 416대)로 인한 장비비, 인건비 추가됨.
2. 완전 조립된 상태로 입고된 설비 설치 기준이나 모듈동 설비들은 모두 단품상태로 입고되어 현지 조립 진행으로 인한 장비비, 인건비, 공구, 자재 추가됨
   ---> 모듈동 : 수직반송기(셀버퍼, 완제품) 24대, RTV 8라인, 수조리프터(셀버퍼, 완제품) 10대, 전극동 : RTV, ASRS동등
3. 모듈동, 조립동, 전극동 전체 안전펜스 및 배관 설치 - 사양서에는 내용 없음.
4. 조립동, 전극동 라인 수정사항 수정조치관련해서는 투입인건비로 정산 - 김승현과장 협의

ADM 수금내역 - $1,020,000(계약금액)

| | | | |
|---|---|---|---|
| * 계약금액의 90% 결제 | $918,000.00 | | |
| * 추가금액 반영 결제 | $150,000.00 | | |
| TOTAL | $1,068,000.00 | $2,804,965.43 | $1,736,965.43 |
| | ADM 수금 금액 | 총 지출 금액 | 추가 요청 금액 |

| | | | | Sub Total | | $ | 2,549,968.58 |
|---|---|---|---|---|---|---|---|
| Management & Overhead | | | | | % | | |
| Profit | | 10 | | | % | $ | 254,996.86 |
| | | | | **Grand Total** | | $ | 2,804,965.43 |

A) THIS QUOTE IS VALID FOR 30 DAYS.
B) PAYMENT(Check) :

Submitted by
Myounghwan Shim
Engineering G.Manager  *mh Shim*

1. 인건비 - 11/08/21 ~ 07/30/22 기준

| 인건비 TOTAL | $ | 1,875,371.00 |
|---|---|---|
| 미결제 금액 | $ | 715,243.00 |
| 결제완료 금액 | $ | 1,160,128.00 |

| No | Name | 투입기간 | 월별 금액 | 월별 공수 | 비고 |
|---|---|---|---|---|---|
| 1 | GTE USA INC | 11/2021 | $ 19,600.00 | 56 | Day/$350 기준 |
| | | 12/2021 | $ 26,950.00 | 77 | |
| | | 01/2022 | $ 30,100.00 | 86 | |
| | | 02/2022 | $ 25,550.00 | 73 | |
| | | 03/2022 | $ 35,000.00 | 100 | |
| | | 04/2022 | $ 20,300.00 | 58 | |
| | | 05/2022 | $ 16,800.00 | 48 | |
| | | 06/2022 | $ 7,000.00 | 20 | |
| | | 07/2022 | $ 21,000.00 | 60 | |
| | | **SUB TOTAL** | **$ 202,300.00** | | |
| 2 | GS Tech America<br>한국인 : $450, 현지인 : $300 | 11/8-12/31/21 | $ 160,000.00 | K : 173 , M : 295.5 = 468.5 | 결제완료 |
| | | 1/03-1/25/22 | $ 118,750.00 | K : 109 , M : 220 = 329 | 결제완료 |
| | | 1/26-2/25/22 | $ 209,350.00 | K : 273 , M : 279 = 552 | 결제완료 |
| | | 2/26-3/25/22 | $ 210,050.00 | K : 232 , M : 346 = 578 | 결제완료 |
| | | 4/25/22 | $ 264,232.00 | K : 263 , M : 298 = 561 | 미결제 |
| | | 5/25/22 | $ 138,075.00 | K : 140 , M : 223 = 363 | 미결제, 5/24 5명 신규투입 |
| | | 6/15/22 | $ 107,636.00 | K : 162 , M : 88 = 250 | 미결제(6/20/22 접수) |
| | | **SUB TOTAL** | **$ 1,208,093.00** | | |
| 3 | IL Shin<br>팀장 : $350, 팀원 : $300 | 12/10/2021 | $ 42,500.00 | 102 | 결제완료 |
| | | 1/10/2022 | $ 42,410.00 | 156 | 결제완료 |
| | | 2/11/2022 | $ 37,768.00 | 137 | 결제완료 |
| | | **SUB TOTAL** | **$ 122,678.00** | | |
| 4 | Global Robertics | 4/04/2022 | $ 78,250.00 | 185 | 1,2월분, 결제완료 |
| | | 5/26/2022 | $ 69,000.00 | 215 | 3,4월분(미결제) |
| | | **SUB TOTAL** | **$ 147,250.00** | | |
| 5 | Lee's Electric LLC | 1/02/2022 | $ 10,000.00 | 12 | 인건비(트레일러 전기작업) |
| | | 3/25-4/11/22 | $ 6,750.00 | 15 | Disposal & Wood Packing Box |
| | | **SUB TOTAL** | **$ 16,750.00** | | |
| 6 | 신성기계 | 4/13-5/13/22 | $ 42,000.00 | 106 | 결제완료, 손팀장외3명, 4/13 투입 |
| | | 5/14-6/15/2022 | $ 45,000.00 | 112 | 미결제 |
| | | 6/16-6/30/2022 | $ 20,800.00 | 52 | 미결제 |
| | | **SUB TOTAL** | **$ 107,800.00** | | |
| 7 | JKA | 5/23-6/15/2022 | $ 25,200.00 | 84 | 모듈동 홍반장외 3명, 5/23투입(미결제) |
| | | 6/16-7/30/2022 | $ 45,300.00 | 151 | 미결제 |
| | | **SUB TOTAL** | **$ 70,500.00** | | |

**2. 장비비 - 업체별 장비 사용비용 집행금액 및 미지급 금액(기간 : 11/08/21 ~ 07/30/22)**

| No | 업체명 | 용 도 | 투입 기간 | 집행금액 TOTAL | 미지급금 |
|----|--------|-------|-----------|----------------|----------|
| 1 | A Crane | 2층 양중작업 | 내역서 참조 | $ 31,935.75 | $ 11,088.00 |
| 2 | Sun Belt | 설비설치,하역 | 내역서 참조 | $ 105,038.39 | $ 28,262.60 |
| 3 | United Rental | 설비설치,하역 | 내역서 참조 | $ 77,326.57 | $ 55,221.11 |
| 4 | H&E Rental | 설비설치 | 내역서 참조 | $ 22,444.90 | $ 13,717.70 |
| | | | | | |
| | | | | | |
| | | | Total | $ 236,745.61 | $ 108,289.41 |

## 3. 부대비용

| | | Total | $ | 389,156.33 |
|---|---|---|---|---|

| No | Name | 기간 | 월별 금액 | 비 고 |
|---|---|---|---|---|
| 1 | Roll Off System -Dumpsters | 1/2022 | $ 8,345.80 | 우드박스 폐자재 처리 |
| | | 2/2022 | $ 3,929.10 | |
| | | 3/2022 | $ 15,244.45 | |
| | | 4/2022 | $ 4,770.00 | |
| | | 5/2022 | $ 4,215.02 | |
| | | 6/2022 | $ 1,057.64 | |
| | | Sub Total | $ 37,562.01 | |
| 2 | Greenwashing Mall Maintenance - Dumpster | 4/2022 | $ 40,144.80 | 우드박스 폐자재 처리 |
| | | 5/2022 | $ 25,349.20 | |
| | | 6/2022 | $ 27,080.80 | |
| | | Sub Total | $ 92,574.80 | |
| 3 | Air Gas | 11/2021 | $ 984.70 | 장비 LPG GAS 사용 비용 |
| | | 12/2021 | $ 2,615.65 | |
| | | 1/2022 | $ 4,692.05 | |
| | | 2/2022 | $ 1,975.27 | |
| | | 3/2022 | $ 7,125.66 | |
| | | 4/2022 | $ 2,373.11 | |
| | | 5/2022 | $ 2,801.64 | |
| | | 6/2022 | $ 1,857.01 | |
| | | 7/2022 | $ 1,155.72 | |
| | | Sub Total | $ 25,580.81 | |
| 4 | Satellite Shelter -Mobile Office | 12/2022 | $ 12,679.60 | 트레일러 오피스 |
| | | 1/2022 | $ 2,295.15 | |
| | | 2/2022 | $ 2,295.15 | |
| | | 3/2022 | $ 2,295.15 | |
| | | 4/2022 | $ 2,295.15 | |
| | | 5/2022 | $ 2,295.15 | |
| | | 6/2022 | $ 2,295.15 | |
| | | 7/2022 | $ 3,145.15 | |
| | | 8/2022 | $ 2,342.50 | |
| | | Sub Total | $ 31,938.15 | |
| 5 | United Site Service -화장실 | 12/2022 | $ 588.02 | 화장실랜트 및 관리비용 |
| | | 1/2022 | $ 661.76 | |
| | | 2/2022 | $ 631.82 | |
| | | 3/2022 | $ 1,910.33 | |
| | | 3/2022 | $ 2,360.37 | |
| | | 4/2022 | $ 1,579.55 | |
| | | 5/2022 | $ 1,579.55 | |
| | | 6/2022 | $ 1,700.00 | |
| | | 7/2022 | $ 1,700.00 | |
| | | Sub Total | $ 12,711.40 | |

| | | | | | |
|---|---|---|---|---|---|
| 6 | SJ Rent a Car | 1/2022 | $ | 2,550.00 | 투입인원 랜트차량 |
| | | 2/2022 | $ | 2,550.00 | |
| | | 3/2022 | $ | 2,550.00 | |
| | | 4/2022 | $ | 2,550.00 | |
| | | 5/2022 | $ | 2,550.00 | |
| | | 6/2022 | $ | 2,550.00 | |
| | | 7/2022 | $ | 2,550.00 | |
| | | **Sub Total** | **$** | **17,850.00** | |
| 7 | Misong Rest. -Lunch | 12/2021 | $ | 1,611.20 | 출장자 중식비용 (ADM인원 포함) |
| | | 1/2022 | $ | 3,551.00 | |
| | | 2/2022 | $ | 3,816.00 | |
| | | 3/2022 | $ | 3,392.00 | |
| | | 4/2022 | $ | 3,487.40 | |
| | | 5/2022 | $ | 3,167.28 | |
| | | 6/2022 | $ | 2,862.00 | |
| | | 7/2022 | $ | 1,017.60 | |
| | | **Sub Total** | **$** | **22,904.48** | |
| 8 | Laser Center Corp -Cell Buffer Cutting | 4/2022 | $ | 4,190.73 | 셀버퍼 RTV Base 제작 254set |
| | | **Sub Total** | **$** | **4,190.73** | |
| 9 | Bolt 구매 및 AIR 자재 | 03/07/2022 | $ | 1,402.98 | 공정별 누락분 볼트 추가구매 Air Fitting 자재구매 |
| | | 03/08/2022 | $ | 3,597.32 | |
| | | 03/17/2022 | $ | 1,846.89 | |
| | | 03/21/2022 | $ | 1,750.00 | |
| | | 5/26/2022 | $ | 789.94 | |
| | | **Sub Total** | **$** | **9,387.13** | |
| 10 | Dakota Mill APT #904&916 | 11/2021 | $ | 4,569.52 | 출장자 숙소(아파트 랜트비용) |
| | | 12/2021 | $ | 4,580.92 | |
| | | 1/2022 | $ | 4,558.56 | |
| | | 2/2022 | $ | 4,557.00 | |
| | | **Sub Total** | **$** | **18,266.00** | |
| 11 | Loan T. Huynh- 594 Bishop Court | 1/2022 | $ | 2,500.00 | 출장자 숙소 |
| | | 1/2022 | $ | 3,750.00 | |
| | | 2/2022 | $ | 2,500.00 | |
| | | 3/2022 | $ | 2,500.00 | |
| | | 4/2022 | $ | 2,500.00 | |
| | | 5/2022 | $ | 2,500.00 | |
| | | **Sub Total** | **$** | **16,250.00** | |
| 12 | Lee's Guest House | 1/2022 | $ | 6,970.00 | ADM 출장자 숙소 |
| | | 2/2022 | $ | 4,845.00 | |
| | | 3/2022 | $ | 3,515.00 | |
| | | 4/2022 | $ | 4,970.00 | |
| | | 5/2022 | $ | 5,500.00 | |
| | | **Sub Total** | **$** | **25,800.00** | |

| | | | | |
|---|---|---|---|---|
| 13 | Oasis Guest House | 4/2022 | $ 7,070.00 | 출장자 숙소 |
| | | 5/2022 | $ 6,300.00 | |
| | | **Sub Total** | **$ 13,370.00** | |
| 14 | Amazon | 11/2021 | $ 2,514.18 | 자재 및 공구 구매비용 |
| | | 12/2021 | $ 639.31 | |
| | | 1/2022 | $ 3,107.16 | |
| | | 2/2022 | $ 585.27 | |
| | | 3/2022 | $ 213.81 | |
| | | 4/2022 | $ 1,321.65 | |
| | | 5/2022 | $ 775.60 | |
| | | 6/2022 | $ 658.83 | |
| | | **Sub Total** | **$ 9,815.81** | |
| 15 | Home Depot | 11/2021 | $ 2,280.91 | 자재 및 공구 구매비용 |
| | | 12/2021 | $ 2,457.65 | |
| | | 1/2022 | $ 2,764.87 | |
| | | 2/2022 | $ 8,989.93 | |
| | | 3/2022 | $ 10,479.77 | |
| | | 4/2022 | $ 7,257.38 | |
| | | 5/2022 | $ 9,767.33 | |
| | | 6/2022 | $ 3,250.49 | |
| | | 7/2022 | $ 3,706.68 | |
| | | **Sub Total** | **$ 50,955.01** | |

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
JACKSON COUNTY, GEORGIA

**23CV0020**

M - CURRIE MINGLEDORFF
JAN 06, 2023 04:11 PM

*Camie W. Thomas*

Camie W. Thomas, Clerk
Jackson County, Georgia

**IN THE SUPERIOR COURT OF JACKSON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| GTE USA, INC and, §<br>GS-TECH AMERICA, LLC §<br>§<br>Plaintiffs, §<br>§<br>vs. §<br>§<br>ADM and SFA Engineering Corp., §<br>§<br>Defendants. §<br>§ | CIVIL ACTION<br>FILE NO. |

<u>**VERIFICATION**</u>

Personally appeared before the undersigned officer, duly authorized to administer oaths, Plaintiff in the above styled action, who after having first duly sworn, deposes and states on oath that the information in the forgoing Complaint is true and correct according to the best of her knowledge, information and ability.

_____
Byoung Min Oh
Representative for Plaintiff GS Tech

Sworn to and subscribed before me
this ___20th___ day of December, 2022.

_____
Notary Public
Commission Expires:

PHILLA KIM
NOTARY PUBLIC
Gwinnett County
State of Georgia
My Comm. Expires February 7, 2026

**General Civil and Domestic Relations Case Filing Information Form**

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
JACKSON COUNTY, GEORGIA

**23CV0020**

M - CURRIE MINGLEDORFF

JAN 06, 2023 04:11 PM

*Camie W. Thomas*

Camie W. Thomas, Clerk
Jackson County, Georgia

☑ **Superior** or ☐ **State Court of** _Jackson_ _____ **County**

| For Clerk Use Only |
|---|
| **Date Filed** _01-06-2023_      **Case Number** _23CV0020_ |
| **MM-DD-YYYY** |

| **Plaintiff(s)** | | | | | **Defendant(s)** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GTE USA, Inc. | | | | | ADM | | | | |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| GTE USA | | | | | SFA Engineering Corp. | | | | |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| | | | | | | | | | |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| | | | | | | | | | |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** _Kim, Marcus N_      **Bar Number** _954665_      **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

| **General Civil Cases** | **Domestic Relations Cases** |
|---|---|
| ☐ **Automobile Tort** | ☐ **Adoption** |
| ☐ **Civil Appeal** | **Contempt** |
| ☐ **Contract** | ☐ **Non-payment of child support, medical support, or alimony** |
| ☐ **Contempt/Modification/Other Post-Judgment** | ☐ **Dissolution/Divorce/Separate Maintenance/Alimony** |
| ☐ **Garnishment** | ☐ **Family Violence Petition** |
| ☑ **General Tort** | ☐ **Modification** |
| ☐ **Habeas Corpus** | ☐ **Custody/Parenting Time/Visitation** |
| ☐ **Injunction/Mandamus/Other Writ** | ☐ **Paternity/Legitimation** |
| ☐ **Landlord/Tenant** | ☐ **Support – IV-D** |
| ☐ **Medical Malpractice Tort** | ☐ **Support – Private (non-IV-D)** |
| ☐ **Product Liability Tort** | ☐ **Other Domestic Relations** |
| ☐ **Real Property** | |
| ☐ **Restraining Petition** | |
| ☐ **Other General Civil** | |

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____      _____
          **Case Number**                         **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☑ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_Korean_ _____      **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

_____

# SHERIFF'S ENTRY OF SERVICE

Civil Action No. __**23CV0020**__

Date Filed __**01/06/23 04:11 PM**__

Attorney's Address  **Kim, Marcus N**
**Law Office of Marcus N Kim, LLC**
**2550 Pleasant Hill Rd.**
**Ste.420**
**Duluth, GEORGIA 30096-**

Name and Address of Party to be Served.
**ADM**

**1760 Steve Reynolds Industrial Pkwy**

**Commerce, GEORGIA 30529**

| Superior Court | ☒ | Magistrate Court | ☐ |
| State Court | ☐ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Georgia, __**JACKSON**__ COUNTY

GTE USA, Inc. ; GTE USA

_____
                                                            Plaintiff

VS.

ADM ; SFA Engineering Corp.

_____
                                                          Defendant

_____
                                                          Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant_____personally with a copy
of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant_____by leaving a
copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of_____described as follows:
age, about _____years; weight _____pounds; height, about _____feet and _____inches, domiciled at the residence of
defendant.

**CORPORATION** ☐ Served the defendant _____a corporation
by leaving a copy of the within action and summons with _____
in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the
door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the
same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said
summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the
place stated in the summons.

**NON EST** ☐ Diligent search made and defendant_____
not to be found in the jurisdiction of this court.

This _____day of _____, 20_____

_____
                                                            Deputy

## SHERIFF'S ENTRY OF SERVICE

Civil Action No. __**23CV0020**__

Date Filed __**01/06/23 04:11 PM**__

Attorney's Address **Kim, Marcus N**
**Law Office of Marcus N Kim, LLC**
**2550 Pleasant Hill Rd.**
**Ste.420**
**Duluth, GEORGIA 30096-**

Name and Address of Party to be Served.
 **SFA Engineering Corp.**

 **1760 Steve Reynolds Industrial Pkwy**

 **Commerce, GEORGIA 30529**

| Superior Court | ☒ | Magistrate Court | ☐ |
| State Court | ☐ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Georgia, __**JACKSON**__ COUNTY

GTE USA, Inc. ; GTE USA
_____
_____
                                                                    Plaintiff

VS.
ADM ; SFA Engineering Corp.
_____
_____
                                                                    Defendant
_____
_____
                                                                    Garnishee

SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☐ I have this day served the defendant_____personally with a copy of the within action and summons.

**NOTORIOUS**

☐ I have this day served the defendant_____by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of_____described as follows: age, about _____years; weight _____pounds; height, about _____feet and _____inches, domiciled at the residence of defendant.

**CORPORATION**

☐ Served the defendant_____a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

☐ Diligent search made and defendant_____ not to be found in the jurisdiction of this court.

This _____day of _____, 20_____

_____
                                                                    Deputy

# SUPERIOR COURT OF JACKSON COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  <u>23CV0020</u>

GTE USA, Inc.
GTE USA

_____

**PLAINTIFF**

**VS.**

ADM
SFA Engineering Corp.

_____

**DEFENDANTS**


**SUMMONS**

TO: ADM

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Marcus N Kim**
> **Law Office of Marcus N Kim, LLC**
> **2550 Pleasant Hill Rd.**
> **Ste.420**
> **Duluth, Georgia 30096**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 6th day of January, 2023.**

Clerk of Superior Court

_____
Camie W. Thomas, Clerk
Jackson County, Georgia

Page 1 of 1

# SUPERIOR COURT OF JACKSON COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  23CV0020

GTE USA, Inc.
GTE USA

_____

**PLAINTIFF**

**VS.**

ADM
SFA Engineering Corp.

_____

**DEFENDANTS**

**SUMMONS**

TO: SFA ENGINEERING CORP.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Marcus N Kim**
> **Law Office of Marcus N Kim, LLC**
> **2550 Pleasant Hill Rd.**
> **Ste.420**
> **Duluth, Georgia 30096**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 6th day of January, 2023.**

Clerk of Superior Court

_Camie W. Thomas_

Camie W. Thomas, Clerk
Jackson County, Georgia

Page 1 of 1

# SHERIFF'S ENTRY OF SERVICE

Civil Action No. __23CV0020__

Date Filed __01/06/23 04:11 PM__

Superior Court ☒  Magistrate Court ☐
State Court ☐  Probate Court ☐
Juvenile Court ☐

Georgia, __JACKSON__ COUNTY

GTE USA, Inc. ; GTE USA

Attorney's Address  **Kim, Marcus N**
**Law Office of Marcus N Kim, LLC**
**2550 Pleasant Hill Rd.**
**Ste.420**
**Duluth, GEORGIA 30096-**

_____ Plaintiff

VS.
ADM ; SFA Engineering Corp.

Name and Address of Party to be Served.
**SFA Engineering Corp.**

**1760 Steve Reynolds Industrial Pkwy**

**Commerce, GEORGIA 30529**

_____ Defendant

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows: age, about ____ years; weight ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION**
☐ Served the defendant _SFA Engineering Corp_ a corporation by leaving a copy of the within action and summons with _Ashley Cho_ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This _10_ day of _January_, 20 _23_

_____ 4514 Deputy

RECEIVED 1/09/2023
DATE 1/10/23

**Civil Papers Service Activity Report**

**JACKSON COUNTY S. O.**

Docket No.: 23CV0020A

GA0780000

Report Generated: Monday January 9 2023 1:22 PM

Page 1 of 1

| | |
|---|---|
| GTE USA, INC; GTE USA | **Court:** |
| **Plaintiff** | **Court Date/Time:** |
| **Vs.** | **Type of Action:** COURT SUMMONS (COMPLAINT) |
| SFA ENGINEERING CORP. | **Case #** |
| 1760 STEVE REYNOLDS INDUSTRIAL PKWY | **Zone:** D ZONE |
| COMMERCE, GA 30529 | **Address:** |
| **Defendant** | |
| | **Date Received:** 01/09/2023 |
| | **Does Paper Require Personal Service?:** N |

*FILED SUPERIOR COURT JACKSON COUNTY GA*
*2023 JAN 11 8: 37*
*CAMIE W THOMAS, CLERK*

## Service Attempts

1.) Date: _____ Time: _____ Comments: _____
2.) Date: _____ Time: _____ Comments: _____
3.) Date: _____ Time: _____ Comments: _____
4.) Date: _____ Time: _____ Comments: _____
5.) Date: _____ Time: _____ Comments: _____
6.) Date: _____ Time: _____ Comments: _____
7.) Date: _____ Time: _____ Comments: _____
8.) Date: _____ Time: _____ Comments: _____
9.) Date: _____ Time: _____ Comments: _____
10.) Date: _____ Time: _____ Comments: _____

## Service Completed

Date 1/10/23

[ ] Personal Service

[ ] Notorious Service to _____

[X] Coporate Service to *Ashley Cho* _____

[ ] Tack & Mail

[ ] Non Est - Reason:

    [ ] Bad Address    [ ] Evading Service

    [ ] Moved, no forwarding or new address _____

    [ ] Diligent Search (Explain Reason) _____

    [ ] Deceased

_____
Deputy Signature

_____
Supervisor Signature

@ 11:30

# SHERIFF'S ENTRY OF SERVICE

| | |
|---|---|
| Civil Action No. **23CV0020** | |
| Date Filed **01/06/23 04:11 PM** | |

Superior Court ☒  Magistrate Court ☐
State Court ☐  Probate Court ☐
Juvenile Court ☐

Georgia, **JACKSON** COUNTY

GTE USA, Inc. ; GTE USA

Attorney's Address **Kim, Marcus N**
**Law Office of Marcus N Kim, LLC**
**2550 Pleasant Hill Rd.**
**Ste.420**
**Duluth, GEORGIA 30096-**

. Plaintiff

VS.

ADM ; SFA Engineering Corp.

Name and Address of Party to be Served.
**ADM**

**1760 Steve Reynolds Industrial Pkwy**

**Commerce, GEORGIA 30529**

Defendant

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant_____ personally with a copy
of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant_____ by leaving a
copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant *SFA Engineering* a corporation
by leaving a copy of the within action and summons with *Jong Gwn Y.I*
in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the
door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the
same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said
summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the
place stated in the summons.

**NON EST**
☐ Diligent search made and defendant_____
not to be found in the jurisdiction of this court.

This _12_ day of _Jan_, 20 _23_ 331   *SA CC# 9516*
Deputy

RECEIVED ( 1/09/2023 )
DATE (

**Civil Papers Service Activity Report**

**JACKSON COUNTY S. O.**

Docket No.: 23CV0020

GA0780000

Report Generated:  Monday January 9 2023 1:18 PM

Page 1 of 1

GTE USA, INC; GTE USA

**Plaintiff**

**Vs.**

ADM
1760 STEVE REYNOLDS INDUSTRIAL PKWY
COMMERCE, GA 30529

**Defendant**

Court:
Court Date/Time:
Type of Action: COURT SUMMONS (COMPLAINT)
Case #
Zone: D ZONE
Address:

Date Received: 01/09/2023

Does Paper Require Personal Service?:   N

## Service Attempts

1.) Date: 1/10/2023   Time: 11:30   Comments: 3rd party stated not out of
2.) Date: _____   Time: _____   Comments: facility call tomorrow
3.) Date: _____   Time: _____   Comments: _____
4.) Date: _____   Time: _____   Comments: _____
5.) Date: _____   Time: _____   Comments: _____
6.) Date: _____   Time: _____   Comments: _____
7.) Date: _____   Time: _____   Comments: _____
8.) Date: _____   Time: _____   Comments: _____
9.) Date: _____   Time: _____   Comments: _____
10.) Date: _____   Time: _____   Comments: _____

## Service Completed

Date 01/12/23

[ ] Personal Service
[ ] Notorious Service to _____
[✓] Coporate Service to  JANGHUN  9I - SHA
[ ] Tack & Mail
[ ] Non Est - Reason:

[ ] Bad Address    [ ] Evading Service
[ ] Moved, no forwarding or new address
[ ] Diligent Search (Explain Reason) _____
[ ] Deceased

SOGE#4316                  1331   OS

**Deputy Signature**          **Supervisor Signature**